UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


SBA PROPERTIES LOUISIANA, LLC

VERSUS

DON WEBER

CIVIL ACTION

NUMBER 06-597-SCR

### RULING ON MOTION TO STRIKE

Before the court is the Motion to Strike or Alternatively Motion in Limine filed by plaintiff SBA Properties Louisiana, LLC. Record document number 19.  No opposition has been filed.

Plaintiff's motion seeks to limit the issues to be resolved at the trial those properly raised by the pleadings.  Specifically, the plaintiff opposes the defendant's apparent attempt to have the court consider issues not raised by plaintiff SBA and to obtain affirmative relief for himself even though he never filed a counterclaim.

Defendant filed an answer but did not file a counterclaim.  At the conclusion of his answer, the defendant prayed "that SBA's complaint be dismissed at plaintiff's cost and that it be compelled to remain on the lease site and defined access right of way and provide necessary supervision to prevent intrusions on defendant's property."  This is not a counterclaim.  Rule 7, Fed.R.Civ.P., requires that a counterclaim be "designated as a counterclaim."

The court understands that during their settlement efforts the parties have attempted to resolve other matters not raised by the pleadings.  However, because the plaintiff timely objected, the

claims and issues to be resolved at the trial are limited to those properly raised by the pleadings.

Accordingly, the Motion to Strike or Alternatively Motion in Limine filed by plaintiff SBA Properties Louisiana, LLC is granted.

Baton Rouge, Louisiana, March 26, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE